IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

| | |
|---|---|
| **DEWON GREER,**<br>　　　*Plaintiff* | |
| v. | Case No: |
| **HALL COUNTY, GEORGIA, et. al.**<br>　　　*Defendants* | |

DECLARATION OF TECHNICAL DIFFICULTIES

Please take notice that **Plaintiff** was unable to file the attached **Complaint** in a timely manner due to technical difficulties. The deadline for filing this document was **September 18, 2023** The reason(s) that I was unable to file the document in a timely manner and the good faith efforts I made prior to the filing deadline to both file in a timely manner and to inform the Court and the other parties that I could not do so are set forth below.

　　Several attempts were made to login to the CM/ECF Pacer system. Each time there was an attempt to log in, there was an error message that indicated "Bad Gateway." This error message persisted from the time counsel began the filing process until after the deadline had passed. The screenshots of the various messages are attached as Exhibit. The screenshots indicate the number of successive attempts that were made to access the electronic filing system, without success.

　　The Complaint and Civil Cover Sheet were ready to file to meet the filing requirements and the associated deadline.

I declare under penalty of perjury that the foregoing is true and correct.

                                                          Respectfully submitted,

                                                          _/s/ LaRhonda Nicks_
                                                          LaRhonda Nicks, Esq., Bar No. 553465
                                                          *Attorney for Plaintiff*

The Law Firm of L.R. Nicks, LLC
12600 Deerfield Parkway, Suite 100
Alpharetta, Georgia 30004
Telephone: (770) 628-0330 (o); (770) 637-8122 (f)
Email: attorneynicks@lrnicks.com