# EXHIBIT

## Screen Shots of Error Messages (CM/ECF)



# Bad Gateway

The proxy server received an invalid response from an upstream server.

---



**Bad Gateway**

The proxy server received an invalid response from an upstream server.



9/19/23, 10:05 AM                              clearly explained with a screen shot of the bad gateway error message

11:37 PM  Mon Sep 18

AA    🔒 pacer.login.uscourts.gov

Mail - LaRhonda...   MyCase | Login   view 2,550×3,3...   Your Document...   Mail - LaRhonda...   Mail - LaRhond...   502 Bad Gateway   502 Bad Gateway

# Bad Gateway

The proxy server received an invalid response from an upstream server.

---





# Bad Gateway

The proxy server received an invalid response from an upstream server.

---









## Bad Gateway

The proxy server received an invalid response from an upstream server.

---